CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF:** WAlter Allen

**Address (No Post Office Boxes):** 438 Mart St A4

**City:** Brooklyn  **State:** NY  **Zip Code:** 11221

Case: 1:24-cv-00097 JURY TRIAL
Assigned To : Unassigned
Assign. Date : 1/10/2024
Description: Pro Se Gen (F-Deck)

**VS.**

**DEFENDANT:** (D.CAS) Dept of Citywide Svcs Admini.

**Address (No Post Office Boxes):** One Centre St 17 Floor

**City:** One NY  **State:** NY  **Zip Code:** 10007

Jury Trial: ✓ Yes ☐ No

## COMPLAINT

All foreward Constitutional mandated associated stipulated Related to Approved to Request wrongful actions: C6 All people. DCAS testes with same ans. All D.C.AS. Employers + people of USA is Evictuals: Jobs lost ord pay me-061 so-xn M 900-zillion B 900 zillion times: Base on not having my Req. Entu such as Sur ID #s W-2 H.S. Diploma-PPS= political party status: my Boe ID# is 305626087 my PPS is Independent only P.P freezed: all other P.P political parties: Democracy: Republican: Democratic: Consvnatures: working families stop forwarn for not having for my Req. Ento: DCAS + Each political party pay me 900-zillion B 900-zillion times (except Independent P.P. wnt by USA petitional + (sut petitioner) = pymts for captions approved civil act.

RECEIVED
JAN 1 0 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Today
Walter L. Allen 12-29-2023
**Original Signature (in pen)**

Don't Apply
**Name (if applicable, Prisoner ID No.)**

Don't Apply
**Address or Facility Address**

Don't Apply
**City   State   Zip Code**

Rev: 01/10/2023
*Use additional pages as needed

Fa. 347-564-0857
H. 347-529-3108
To. 202-354-3000
CL 202-805-0175

My ct. Docket #s to rec. Info is NYC-PD Arrest written-statements Arrest reports - Rys. law-office (Cortanse) Arrest # + PIC. EMS: CJA 234 secure-order-plead + bail slips Floor + Accompany card @ NYC DOC + pedigree forms my docket # 2005kn06620 + 2005kn06445 + signed order of protection when my name was on home mortgage 438 Hart st. Brooklyn NY 11221.

Subjects Appraised by Questions ans. + signatures revealed

Subjects appraised by mus-reps + non-reps for my MOCs and all other @ NYC DOC L-U-S MOC's wit my Cecb A. 212-279-8000 718 595-2622

Subjects Appraised pay me gov zillion + 900 zillion times for each of my inte: 911 calls related to O.V. fr 2005 + 2015 - wit EMS rec P.D. 718-963-5794 acct #2045541

3-15-mtA 811 no good suc. Subjects approved

Today: 12-29-2023 All forwarded Federal guidelines mandated Associated stipulated related to Appraisal all my Inter + monies fr 10-11-01 to 12-29-2023 - Base on google @ Jurisdictions policy. Also cameras Intranets Intranets Facebook my PIC + page 4u computer programmers. wit 202-354-3000 + 212-805-0175

Subjects Appraised by 718-595-2600 AHI + medicare Health Insurance

Subjects Appraised by Closed all USA Biz. Forwarded Base on my denied application @ NYCERS. 6-15-2022 HRA 2004

Subjects Approved by Bad NYS Supreme Ct policy @ mental Hygiene Warrants related to write Applications. wit 212 233-3800

His Dep/Atty in Indep. PPS. 70%
Clerk 70 74- 305626087
Walter L Allen wz

Subjects Appraised by my Inlaws cussed my (J) Subjects Ay the 1877 to 10-16-01
Subjects Appraised the Brothers 2005kn06620-2004 Knappers to 12-24-2023
Subjects Appraised by my patio interfered for Home pursuit stolen my change purse wrench fr my PS251 Buntiful business

To 212-354-3000 | Fx 347-864-0357
Ce-212-808-0128 | Ph 347-524-3468

(Congressionals people who didn't take DMV. Learner permit test to get class #5 - Driver lic Licenses)

Equality. All peoples.A must pay $900 zillion $ monthly
Mortgage + Rents for not having my Reg-Ente
w/ MS Diplom.A - political Party Status
BOE-ID #5

Federal guidelines into Red.
All US Employees + Non Employees must have Firearms Medical Ment lens Attendance Sheets Dept Officials Refus-t to own OJT + Grades + w/2 form. BOE ID# PPS political PArty Status. HS Diploma people Can't Comply @ Short Ente w/re Electionals + Jobs lost Forwarded + no votings.

All my monies + Ente. is Approved fm 10-11-01 to 12-29-2023. Based on Circle Peters Complant Officers didn't Ans, Messed + Follow up. Complaints. which can caused D.V. assults, stealing. Looting Riots, manslaughter Robberies (Arm) kidnap-rape + murders. + suicidals

Wed Ap. 12-29-2023
All fierearms Constitutional Mandated - Associated. Related to Approved Examples of Equality. All USA People Can kill people and be not guilty. No-gun Related

[Envelope image]
Walter L Allen
438 Hart Street
Brooklyn, NY 11221
305626087
my BOE ID #1

[VOTE NYC ballot stub 011 Election District 54 Assembly District]

no gun. Knives Handcuffs + no speaking USA 'society' forevered
Retrial. the OJ Simpson. Case.

All my Inter Subjects. Monies Approved fm 10-11-01 to 12-29-2023 for my denied Applications + my unprocessed USA Complaints + Ath papers for thar Ente

Stop. forwared - political process Democracy - Republican - Democratic Conservatives - Working families - Base on no BOE ID #s; my BOE ID #305626087 is connected to my Independant political party Status 305626087 w/t DMV + BOE off.policy

all my subjects approved by Bad policing all people @ Uhegwu 01-06-2020 go to Jail for trespassing.

can't sprained ankle by Burans at feet Jumping for Rebands + Reposting. Soak sprained Ankle in very ze Hot water @ epsum-salt etc.

Walter L Allen 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

FN347-864-0559   W-202-384-8000
No BOE ID #s   CC-212-805-0128
People-given or never   No votings for USA

Subjects approved by Closed A-G.S. Adoption Children sues and all other USA BOE sue for not having my Race Info such as BOE ID # W2 H.S. Diploma... P.P.S. Independent My BOE ID # 305626087 + My PPS Independents

Today 12-29-2023 (ed)
All foreward Constitutional mandated Associated Stipulated Related to approved all my Info + monies fn 10-11-61 to 12-29-2023. Buse on Independent Employment Attitude in A Independent Society

but by google Suicide runs policy

USA people BOE offices must verified their BOE #s in order to vote

All people of USA is Eventuals, Subs lost + pay me-305626087 900 zillion $ 900 zillion times. For not bringing Registered-Ed vote + not having A BOE ID. Card + Mus.A proved valid P.P.B political party status. Or BOEs fa names @ BOE ID #s the Same as me-305626087 verified by 718-787-8800

All Involved parties is Eventuals - Subs lost and Pay me Same Above money Amounts. Related to my Face-book File Pic and page Info. Caused Bad Intentions planning Dental cares

All US Tenants on Rent programs. All US Tenants not on Rent programs. Inmates + non-Inmates is Eventuals. Subs Lost + pay me-all my monies over-70 yr for not having Same Race Info as me-such as BOE ID/H.S. Diploma + W2. P+S. political party status. My BOE ID # is 305626087 My A Independent

All US Inmates + Non-Inmates has entered to House-prisoned or Jail Settings. Subjects + Info is Approved by USA people talking about my stuttering fn 1960s to 12-29-2023 + All USA people is Eventuals - Subs lost + pay me 900 zillion $ 900 zillion times for not having Same Race Info as me-Such as BOE ID # W2 H.S. Diploma - P.P.S. political party status. My BOE ID # 305626087 + My PPS Independent

Confessionals Dr. BOE Teachers + College professors students + my students Checked on tests + took test Phones

but Internet is Computer Flawed unt Computer programmers

watch Taller - Dr. Jet Pin

Fm Walter Allen
438 Hart St
Brooklyn NY 11221
Allen Walter 83 A guna
*(cell) 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-7
(H) 347-529-3108
Clearly sperm donor at
Beth Israel 1st Ave.
28 St NY NY

To US Dist Court
Dist of Columbia/DC/NY
333 Constitution Av
NW Washington DC
20004 - Title #
202-354-3000
Attn clerk of ct

W.A. Clerk of US Courts
Today date 12-29-20
23: Subjects All to Reveal
Constitutionals Mandated
Associated Stipulated Related
to Approved any monies +
into Fa W Won
23 Mr. Complaints + Atch
papers filed at 202-357-3022
and 212-805-0175 but my
above htk # + US judges
Judges + google policy

Respectfully Request To my dad
50-70 +/- 100% profit sharings base
on Bank mnging, MHA Channeled
+ Jp-Morgan Chase 1-877-576-2427
+ Mr and Co employees is entitled
to my 40 profit sharings fm my
starting date 07-01-1979 to 10-24-2023

Co Constitutionals signat-
ures on Job papers.
Co employees Job Application

Subjects Approved Burden public
+ employment dis-crimination of sics

Subjects Approved by
English Class - Suffix
Cnon Preemption

No gun; Handcuffs and.
no speaking Society related
to neighbors - passengers
only when Absolutely
Necessary

NOA Sums detuns base
on my NOA-reps +
mis-reps my 212-233-3800

Subjects Approved by my
white and Females + males
groups stnp dance together
Caused my (4) divorces
Txt # 718-493-7454, 718-
914-9839, 718-272-2273
All tele #s Bkne 347-997-0083

No mothers + fathers
dares Molesty + no
other probelans Base
on Caughter fr the news
Mom; related to.
Deaths

Under NYS Rules + Regs
andre dns violations
was Cases Rehearand or
rededicated - Co Constns
overtuning

Walter L Allen